IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANDREW JON HERMANN,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>Defendant. | CV 21-35-BLG-TJC<br><br>**ORDER DENYING MOTION TO EXTEND** |

Defendant has filed a combined Motion to Dismiss and Motion to Extend Filing of the Administrative Record. (Doc. 8.) Defendant avers that the current health crisis has impacted the Social Security Administration's ability to produce the administrative record. (Doc. 9 at 3-4, FN2.) While the motion to extend is unopposed, it is silent on the amount of time needed to file the administrative record. Accordingly,

**IT IS ORDERED** that the combined motion (Doc. 8) is DENIED in part as to the motion to extend without prejudice and with leave to renew.

DATED this 1st day of June, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge