# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| ANDREW JON HERMANN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CV 21-35-BLG-TJC<br><br>**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |

Pursuant to Plaintiff Andrew Jon Hermann's notice of stipulation to Defendant's Motion to Dismiss in Part (Docs. 8, 9), as to his constitutional claim, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (Doc. 8) is GRANTED IN PART as to Plaintiff's constitutional claim. (*See* Doc. 2 at ¶ 9.)

DATED this 24th day of June, 2021.

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1